159 A.3d 934

Steven David SHICK, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD
OF REVIEW, Respondent

No. 232 WAL 2016

Supreme Court of Pennsylvania.

October 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.